United States District Court
Southern District of Texas
**ENTERED**
April 26, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHAWANA LATRICE POWELL | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 22-3086 |
| | § | |
| Social Security Administration, *et al* | § | |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Defendant USPS Federal Credit Union's Motion to Dismiss (Doc. No. 10) and Defendants Social Security Administration, the United States Postal Service, and the Selective Service System's Motion to Dismiss (Doc. No. 27); Plaintiff's Motion to Correct, Declaration, and Prayer for Relief (Doc. Nos. 30, 39, 40); Texas Department of State Health Service's Opposed Motion for Leave to File Responsive Pleading Out of Time (Doc. No. 36); and Magistrate Judge Sheldon's Memorandum and Recommendation (Doc. No. 41) that the Court grant the Motions to Dismiss and all other motions and requests for relief be denied as moot. None of the parties filed objections to the Memorandum and Recommendation and the time for doing so has expired.

Upon review, the Court agrees with the Magistrate Judge's conclusion that Plaintiff failed to state a claim upon which relief can be granted. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 41) is **ADOPTED**. It is further

**ORDERED** that Defendant USPS Federal Credit Union's Motion to Dismiss (Doc. No. 10) and Defendants Social Security Administration, the United States Postal Service, and the Selective Service System's Motion to Dismiss (Doc. No. 27) are **GRANTED**. It is further

**ORDERED** that all other motions and requests for relief (Doc. Nos. 30, 36, 39, 40) are **DENIED as MOOT**.

Plaintiff's case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of final judgment.

SIGNED at Houston, Texas, this 25th day of April 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE